## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACKLYN KENNEDY** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **INTEGRITY FINANCIAL PARTNERS,** | : | |
| **INC.** | : | |
| **Defendant.** | : | **NO.  11-404** |

## O R D E R

AND NOW, TO WIT: this 5th day of August, 2011, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

ORDERED that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court


S/Rose A. Barber
Rose A. Barber
Deputy Clerk

Copies forwarded by ECF to:
Geoffrey H. Baskerville
Mark D. Mailman

Copy forwarded by mail to:
Integrity Financial Partners, Inc.